**Order entered December 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01427-CR

**BERTHA MANCILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-24729-T**

## ORDER

The Court **REINSTATES** the appeal.

On November 25, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel Rosaline Kelly; (3) counsel's explanation for the delay in filing appellant's brief is her workload; and (4) counsel requested until December 28, 2015 to file appellant's brief.

We **ORDER** appellant to file her brief by **JANUARY 4, 2016**. If the brief is not filed by that date, the Court will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ADA BROWN
       JUSTICE